Per curiam.

---

The Foreman Trust & Savings Bank, guardian of Mary Sukel, appellee, v. Yellow Cab Company, appellant. Gen. No. 30,786.

Action for personal injury. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the second division of this court for the first

district at the October term, 1925. Affirmed. Opinion filed October 5, 1926. Rehearing denied October 18, 1926.

Samuels, Costello & Greenberg, John E. Kehoe and Busby, Weber, Miller & Donovan, for appellant. H. A. Barnhardt, for appellee.

Per curiam.